IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sanchez, Diane

Printed: 9/3/08

Case Number: 05 B 18071
Judge: Squires, John H
Filed: 5/6/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 30, 2008
Confirmed: July 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,232.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 5,940.65 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,600.00 |
| Trustee Fee: |  | 459.35 |
| Other Funds: |  | 232.00 |
| Totals: | 9,232.00 | 9,232.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,600.00 | 2,600.00 |
| 2. | AmeriCash Loans, LLC | Unsecured | 394.09 | 583.03 |
| 3. | National Quick Cash | Unsecured | 230.55 | 341.07 |
| 4. | Check Into Cash | Unsecured | 228.96 | 338.74 |
| 5. | Check N Go | Unsecured | 235.08 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 520.86 | 770.57 |
| 7. | Resurgent Capital Services | Unsecured | 2,641.04 | 3,907.24 |
| 8. | Capital One | Unsecured |  | No Claim Filed |
| 9. | Capital One | Unsecured |  | No Claim Filed |
| 10. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 11. | Short Term Loans LLC | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 6,850.58 | $ 8,540.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 15.46 |
| 5.5% | 65.48 |
| 5% | 19.74 |
| 4.8% | 150.65 |
| 5.4% | 178.76 |
| 6.5% | 29.26 |
|  | _____ |
|  | $ 459.35 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Sanchez, Diane | Case Number:  05 B 18071 |
| | Judge:  Squires, John H |
| Printed:  9/3/08 | Filed:  5/6/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

